**United States Bankruptcy Court**
**Eastern District of New York, Brooklyn Division**

IN RE:                                                                                          Case No. _____

**Cincinnati Terrace Associates LLC** _____          Chapter **11** _____
                              Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) or attorney for the debtor(s) hereby verify that the attached matrix (list of creditors) is true and correct to the best of their knowledge.

Date: **June  9, 2021** _____          **/s/ FIA Capital Partners by David Goldwasser** _____
                                               Debtor

                                               _____
                                               Joint Debtor

                                               **/s/ Kevin J. Nash** _____
                                               Attorney for Debtor

Software Copyright (c) 2021 CINGroup - www.cincompass.com

William G. Geisen, Esq.
Cassandra L. Welch, Esq.
Stites & Harbison
100 E. RiverCenter Blvd., Suite 450
Covington, Kentucky 41011

Huber Erectors & Hoisting, LLC
c/o Richard T. Lauer, Esq.
Lauer Law, LLC
335 West Fourth Street
Cincinnati, Ohio 45202

Kakel Maintenance and Construction
c/o Richard T. Lauer, Esq.
Lauer Law, LLC
335 West Fourth Street
Cincinnati, Ohio 45202

CDRC, LLC
c/o Marc Hill, Registered Agent
519 Quirks Run
Danville, KY 40422

H&D Beauty Supply
600 Race Street
Cincinnati, OH 45202

Oliveye Retail Limited Partnership
One Boca Place, 2255 Glades Road
Suite 234W
Boca Raton, FL 33431

AT&T Resource Management Corporation
c/o Virginia Colvell, Registered Agent
815 Superior Avenue, N.E.
Cleveland, OH 44144

Oliveye Hotel Limited Partnership
c/o Oliveye Hotel Corporation
600 Vine Street, Suite 2800
Cincinnati, OH 45202

Cincinnati Terrace Plaza, LLC
Michael A. Galasso, Esq.
Robbins, Kelly, Patterson & Tucker, LPA
7 West Seventh Street
Cincinnati, Ohio 45202

Cincinnati Development III, LLC
c/o Steven P. Goodin, Esq.
Brian W. Fox, Esq., Daniel J. Knecht, Esq.
Graydon Head & Ritchey LLP
312 Walnut Street, Suite 1800
Cincinnati, Ohio 45202

```
Batsakes Hat Shop
1 West Sixth Street
Cincinnati, Ohio 45202

Wendel's Bootery
9 West Sixth Street
Cincinnati, OH 45202

Terrace Condominium Association
59 East 79th Street
New York, NY 10075

Treasurer of Hamilton County
138 East Court Street, Room 402
Cincinnati, OH 45202

TBG Funding LLC
c/o Vorys Sater Seymour and Pease LLP
Great American Tower
301 East Fourth Street, Suite 3500
Cincinnati, OH 45202
```