**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) Case No. 21-41548 |
| Cincinnati Terrace Associates, LLC, | ) Chapter 11 |
| Debtor. | ) |

**~~AGREED~~ ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY OF CINCINNATI DEVELOPMENT III, LLC**

Upon the Motion of Cincinnati Development III, LLC (the "Movant") for Relief from the Automatic Stay [Doc. No. 43] (the "Motion"); and good cause having been shown; and the agreement of the parties hereto; it is hereby

**ORDERED** that the Movant is granted relief from the automatic stay pursuant to 11 U.S.C. §362(d)(1) to proceed as to its claim for damages with respect to Cincinnati Terrace Plaza, LLC as set forth in the Motion. Movant's Claims against the Debtor, as outlined in the Motion, remain stayed and Movant reserves the right to seek relief from the stay in the future as to those Claims and Debtor reserves its rights with respect to any such future action.

/s/ *Kevin J Nash*
Kevin J. Nash
Goldberg Weprin Finkel Goldstein LLP
1501 Broadway
22nd Floor
New York, NY 10036
(212) 221-5700
Fax : (212) 422-6836
Email: KNash@gwfglaw.com

*Attorneys for Debtor*

/s/ *J. Michael Debbeler*
J. Michael Debbeler (*pro hac vice*)
Graydon Head & Ritchey LLP
312 Walnut Street, Suite 1800
Cincinnati, OH 45202
Phone:        (513) 621-6464
Email:        mdebbeler@graydon.law

*Attorneys for Cincinnati Development III, LLC*



Dated: Brooklyn, New York
October 8, 2021

Elizabeth S. Stong
United States Bankruptcy Judge